RECEIVED BY MAIL
APR 21 2005
CLERK US DIST COURT
MINNEAPOLIS MN

AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | |
|---|---|---|
| Name of Movant: William Harry Thompson | Prisoner No.: 10617-041 | Case No. |
| Place of Confinement: USP Terre Haute Indiana | | CR 02-308 MJD/JGL |

UNITED STATES OF AMERICA v. William Harry Thompson (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack United States District Court District of Minnesota

2. Date of judgment of conviction May 28, 2004

3. Length of sentence 262 months

4. Nature of offense involved (all counts) Count one: Knowingly and Intentionlly Possessed, with intent to distribute, approximately, 90 grams of Cocainebase ("Crack"), a Controlled Substance, In Violation of Title 21, United States Code Sections 841(a)(1) and (b)(1)(a)

5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☑
   - (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

Pleaded guilty to the one count Indictment Charging him with Possession, with the intent to distribute in excess of Fifty (50) grams of Cocaine base ("Crack") a Controlled Substance in violation of United States Codes Sections 841(a)(1) and 841(b)(1)(A).

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☐

   N/A

7. Did you testify at the trial?
   Yes ☐ No ☐ N/A

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐ N/A

SCANNED
APR 25 2005
U.S. DISTRICT COURT ST. PAUL

AO 243 (Rev. 2/95)

9. If you did appeal, answer the following:

(a) Name of court ______

(b) Result ______ N/A

(c) Date of result ______

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court ______

(2) Nature of proceeding ______

(3) Grounds raised ______ N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☒

(5) Result ______

(6) Date of result ______

(b) As to any second petition, application or motion give the same information:

(1) Name of court ______

(2) Name of proceeding ______

(3) Grounds raised ______ N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result N/A

(6) Date of result

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes ☐ No ☒

(2) Second petition, etc. Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The Conviction was obtained by a plea of Guilty which was unlawfully induced not made Voluntarily, and without Understanding the Consequences of the plea.

Supporting FACTS (state *briefly* without citing cases or law):

B. Ground two: Defense Counsel's deficient performance rendered the trail proceeding constitutionally inadequate, in which violation of petitioners Sixth amendment right to Due Process of law

Supporting FACTS (state *briefly* without citing cases or law):

N/A

C. Ground three: N/A

Supporting FACTS (state *briefly* without citing cases or law):

N/A

AO 243 (Rev. 2/95)

N/A

D. Ground four: N/A

Supporting FACTS (state *briefly* without citing cases or law):

N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: N/A

N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Manny K. ATwal, ESQ. Assistant Federal Defender attorney ID NO. 0232209 107 U.S. Courthouse 300 South fourth Street minneapolis, MN. 55415

(b) At arraignment and plea Manny K. ATwal ESQ. 107 U.S Courthouse 300 South Fourth street minneapolis, MN. 55415

(c) At trial N/a

N/A

(d) At sentencing N/a

N/A

AO 243 (Rev. 2/95)

(e) On appeal N/A N/A

(f) In any post-conviction proceeding N/A N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: ________

(b) Give date and length of the above sentence: ________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☒ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

________________
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

April 12, 2005
Date

William Thompson
Signature of Movant