RECEIVED
BY MAIL
APR 21 2005
CLERK US DIST COURT
MINNEAPOLIS MN

IN THE

UNITED STATES DISTRICT COURT FOR THE DISTRICT

OF MINNESOTA

WILLIAM HARRY THOMPSON,

Defendant/Petitioner,

Case No: 02CR00308-001

(MJDJGL)

- V -

UNITED STATES OF AMERICA,

Respondent/Plaintiff.

Affidavit

## AFFIDAVIT

William Harry Thompson, was sentenced on Auguest 27, 2002. His former defense counsels, whom were appointed by the United States District Court, advised Mr. Thompson not to appeal his sentence and conviction. Only recently has it come to Mr. Thompson's attention that he does have viable claims for direct appeal. Unfortunately, most of his legal papers were withheld by counsel. Mr. Thompson's attempt to recreate his legal records through memory, not actually knowing exactly what to do or what is actually needed has proven difficult. However, after recalling what he believed were the appropriate facts, Mr. Thompson

SCANNED
APR 25 2005
U.S. DISTRICT COURT ST. PAUL

looked toward a jail house lawyer to assist him by editing and typing Mr. Thompson's notes along with drafting and performing research and providing photocopying to timely file his motion pursuant to 28 USC, Section 2255. Mr. Thompson also states that when a person can afford counsel and his life or liberty or property are at stake, he seeks a friend whom he believes will represent him zealously within the bounds of the law; he seeks counsel in whom he can place his entire trust. He also seeks counsel as a legal advisor. When the public pays for a prisoner's lawyer, the expectation of the client is lowered by the operation of legal precedent. What is considered sufficient is counsel's representation that is competent. A meaningful relationship between client and counsel has been judged by high authority to be unnecessary to satisfy the Sixth Amendment.

Dated: April 18, 2005.

I have read signed the foregoing Affidavit and state that the facts are set forth upon person knowledge and are true and correct.

Signed under penalty of perjury under 28 USC Section 1746, this 18 day of April, 2005.

William Thompson

William Harry Thompson
Reg: 10617-041
P.O. Box 33
Terre Haute, IN 47808