# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-308(MJD)

WILLIAM HARRY THOMPSON,

Defendant.

I hereby certify that on July 25, 2005, I served, or caused to be served, the following documents:

MEMORANDUM OF THE UNITED STATES IN OPPOSITION
TO PETITIONER'S MOTION TO VACATE, SET ASIDE, OR
CORRECT SENTENCE UNDER 28 U.S.C. SECTION 2255

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

William Harry Thompson
FCI - Terre Haute
Reg. No. 10617-041
P.O. Box 33
Terre Haute, IN 47808

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Chief Litigative Assistant